**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Curitec, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1923000** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **24 Waterway Ave STE 755**<br>**The Woodlands, TX 77380**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://curitec.com/** |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Curitec, LLC**                                                Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4239__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor    **Curitec, LLC**                                              Case number (*if known*)
_____                    _____
          Name

**10. Are any bankruptcy cases**     ■ No
     **pending or being filed by a**   ☐ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,     Debtor _____    Relationship _____
attach a separate list              District _____ When _____   Case number, if known _____

**11. Why is the case filed in**     *Check all that apply:*
    *this district?*
                                    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ■ No
     **have possession of any**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**             **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                            What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____
                                        **Where is the property?** _____
                                                                 Number, Street, City, State & ZIP Code
                                        **Is the property insured?**
                                        ☐ No
                                        ☐ Yes.   Insurance agency _____
                                                 Contact name _____
                                                 Phone _____

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of**   .    *Check one:*
     **available funds**
                                    ■ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**       ☐ 1-49                      ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**                 ☐ 50-99                     ☐ 5001-10,000              ☐ 50,001-100,000
                                   ☐ 100-199                   ☐ 10,001-25,000            ☐ More than100,000
                                   ■ 200-999

**15. Estimated Assets**          ☐ $0 - $50,000              ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**     ☐ $0 - $50,000              ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor    **Curitec, LLC**
          Name                                                          Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Curitec, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  3, 2023**
            MM / DD / YYYY

**X**   **/s/ Nicholas Percival**                          **Nicholas Percival**
     Signature of authorized representative of debtor                  Printed name

Title    **Manager and Chief Operating Officer**

**18. Signature of attorney**

**X**   **/s/ Casey Doherty**                     Date   **March  3, 2023**
     Signature of attorney for debtor                          MM / DD / YYYY

**Casey Doherty**
Printed name

**Dentons**
Firm name

**1221 McKinney Street**
**Suite 1900**
**Houston, TX 77010**
Number, Street, City, State & ZIP Code

Contact phone   **1-713-658-4643**      Email address   **Casey.Doherty@dentons.com**

**24078431 TX**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Curitec, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**March  3, 2023**__    X **/s/ Nicholas Percival**
                                         Signature of individual signing on behalf of debtor

                                         **Nicholas Percival**
                                         Printed name

                                         **Manager and Chief Operating Officer**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Curitec, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ability Network, Inc. PO Box 856015 Minneapolis, MN 55485 | accounts.receivable@abilitynetwork.com 1-612-460-4311 | Insurance Verification | | | | $924.11 |
| American Express 200 Vesey Street New York, NY 10285 | Candace Unruh candace.unruh@aexp.com 832-698-4555 | Trade Debt | | | | $355,753.00 |
| Century Rehabilitation of Texas LLC 4703 Bluebonnet Blvd. Baton Rouge, LA 70809 | Ami Armstrong ami.armstrong@centuryrehab.com 225-229-5027 | Trade Debt | | | | $43,800.00 |
| Definitive Healthcare 492 Old Connecticut Path, Suite 401 Framingham, MA 01701 | Jake Christman jchristman@definitivehc.com 714-745-2843 | Trade Debt | | | | $106,067.00 |
| Eide Bailly LLP 4310 17th Ave. S. Fargo, ND 58108-2545 | Jeff Hipshman jhipshman@eidebailly.com 714-745-2843 | Trade Debt | | | | $5,000.00 |
| Enterprise Fleet Management PO Box 800089 Kansas City, MO 64180 | Johanna Cifuentes johanna.a.cifuentes@efleets.com 657-221-4257 | Trade Debt | | | | $500.00 |
| Humana PO Box 931655 Atlanta, GA 31193-1655 | 800-438-7885 | Trade Debt | | | | $21,927.03 |

Debtor    **Curitec, LLC**
     Name                                Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Idaho State Tax Commission 11321 W. Chinden Blvd Garden City, ID 83714 | taxrep@tax.idaho.gov 800-972-7660 | Trade Debt | | | | $20.74 |
| Integranet Health 2900 N. Loop W. Ste 700 Houston, TX 77092 | 281-447-6800 | Trade Debt | | | | $334.66 |
| Medline Department 1080 PO Box 121080 Dallas, TX 75312 | Tina Franco tfranco@medline.com 847-643-3110 | Trade Debt | | | | $40,677.75 |
| Nethealth 40 24th Street, 1st Floor Pittsburgh, PA 15222 | Alice Ginsberg alicia.merriman@nethealth.com 315-395-3751 | Trade Debt | | | | $10,000.00 |
| Pure Speed Lightwave Inc. PO Box 650823 Dallas, TX 75265-0823 | Sara Eriksen seriksen@pslightwave.com 832-917-5563 | Trade Debt | | | | $278.00 |
| RGH Enterprises d/b/a Cardinal Health at-Home 1810 Summit Commerce Park Twinsburg, OH 44087 | Pranav Kumar pranav.kumar@cardinalhealth.com 330-963-7208 | Trade debt | | | | $1,100,000.00 |
| RGH Enterprises d/b/a Cardinal Health at-Home 1810 Summit Commerce Park Twinsburg, OH 44087 | Pranav Kumar pranav.kumar@cardinalhealth.com 330-963-7208 | Trade Debt | | | | $700,000.00 |
| RSG Specialty 1100 Walnut St. Ste 3200 Kansas City, MO 64106 | Roxanne Baugh specialtylegal@gaig.com 800-847-4357 | Trade Debt | | | | $9,200.00 |
| Salesforce 415 Mission St 3rd Floor San Francisco, CA 94105 | Tasha Benjamin tbenjamin@salesforce.com 647-480-9738 | Trade Debt | | | | $9,817.92 |

Debtor **Curitec, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Taylor Graphics** **1582 Browning** **Irvine, CA 92606** | **Dean Taylor** **dean@taylor-graph ics.com** **949-205-5001** | **Trade Debt** | | | | **$10,000.00** |
| **United Wound Healing** **PO Box 24081** **Seattle, WA 98124** | **Randall Holley** **randallholley@unit edwoundhealing.c om** | **Trade Debt** | | | | **$450.00** |
| **UnitedHealthcare** **PO Box 101760** **Atlanta, GA 30392-1760** | **Matthew Lehman** **800-727-6735** | **Trade Debt** | | | | **$8,804.02** |
| **Wex** **PO Box 4337** **Carol Stream, IL 60197** | **fleet.services@wex inc.com** **888-774-4939** | **Trade Debt** | | | | **$18,777.59** |

# United States Bankruptcy Court
## Southern District of Texas

In re   **Curitec, LLC**                                              Case No.
_____              Chapter   **11**
                                   Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Manager and Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  3, 2023**                    **/s/ Nicholas Percival**
_____        _____
                                                **Nicholas Percival**/**Manager and Chief Operating Officer**
                                                Signer/Title

24 Waterway LLC
24 Waterway Ave, STE 225
Spring, TX 77380


Ability Network, Inc.
PO Box 856015
Minneapolis, MN 55485


Alabama Attorney General's Office
State of Alabama
501 Washington Avenue
Montgomery, AL 36104


Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36132


Alabama Medicaid
687 N Dean Rd
Auburn, AL 36830


Alaska Attorney General Office
1031 West 4th Avenue
Suite 200
Anchorage, AK 99501-1994


Alfred, Jenna
43 Stone Creek Pl
Spring, TX 77382


Ally Align-Align Senior Care Florida
10900 Nuckols Road, Suite 110
Glen Allen, VA 23060

American Choice Provider Network
2831 St. Rose Parkway, Suite 200-309
Henderson, NV 89052


American Express
200 Vesey Street
New York, NY 10285


American Health Management Services
201 Jordan Road, Suite 200
Franklin, TN 37067


Amerigroup Real Solutions
PO Box 62947
Virginia Beach, VA 23466


Archer, Wendy
7691 Burnside Loop
Pensacola, FL 32526


Arizona Attorney General Office
2005 N. Central Avenue
Phoenix, AZ 85004


Arizona Medicaid
3845 E Poinsettia Dr
Phoenix, AZ 85028


Arkansas  Medicaid
PO Box 1437, Slot 5401
Little Rock, AR 72203

Arkansas Attorney General Office
323 Center Street Suite 200
Little Rock, AR 72201


Arkansas Department of Revenue
Ragland Building
190 W 7th Suite 2047
Little Rock, AR 72201


Bailey, Amber
50 Stratford Road
Concord, VA 24538


BCBS of Arizona
2480 West Las Plamaritas Drive
Phoenix, AZ 85021


BCBS of Illinois
300 E Randolph Street
Chicago, IL 60601


BCBS of Kansas City
One Pershing Square 2301 Main
Kansas City, MO 64108


BCBS of Louisana
5525 Reitz Avenue
Baton Rouge, LA 70809


BCBS of North Carolina
4615 University Drive
Durham, NC 27702

BCBS of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Bentley, Allison
1000 Windsor Place Circle
Grayson, GA 30017

Betterment
61 West 23rd Street Fourth Floor
New York, NY 10010

Big Tin Can
260 Charles Street - Suite 101
Waltham, MA 02453

Black Forest

Blevins, Janaya
10 Rosemont Dr
Little Rock, AR 72204

Bone, Danielle
6576 landover blvd
Spring Hill, FL 34608

Bordovsky, Kim
906 Gazania Hill
San Antonio, TX 78260

Brand New Day a/b/a of Universal Care
5455 Garden Grove Blvd, Suite 500
Westminster, CA 92683


Brasfield, Tammi
2315 Chalybe Trail
Birmingham, AL 35226


Braunstein, Michael
4287 Palo Verde Drive
Boynton Beach, FL 33436


Bright Healthcare
219 North 2nd Street
Minneapolis, MN 55401


Brightpath
19 E. Bannock
Boise, ID 83712


Bruno, Amanda
1721 McGarity Rd.
Temple, GA 30179


Bryson, Peter
2111 N Ross St
Santa Ana, CA 92706


Burrow, Jamie
2604 Manchester Dr
Prince George, VA 23875

Butler, Cathy
90 Grey Fox Run
Chagrin Falls, OH 44022


California  Medicaid
PO Box 989009
West Sacramento, CA 95798


California Attorney General Office
PO Box 944255
Sacramento, CA 94244-2550


California Department of Revenue
PO Box 942879
Sacramento, CA 94279


Cardinal Health
1810 Summit Commerce Park
Twinsburg, OH 44087


Care Source
30 N. Main Street
Dayton, OH 45402


Cassidy, Amanda
123 Towering Pines Dr
Spring, TX 77381


Center for Medicare & Medicade Services
7500 Security Blvd
Windsor Mill, MD 21244

Century Rehabilitation of Texas LLC
4703 Bluebonnet Blvd.
Baton Rouge, LA 70809


Chapman, Cami
3640 n 950 w
Ogden, UT 84414


City National Bank
Attn: Kelly Coffey, CEO
525 South Flower Street
Los Angeles, CA 90071


Clauser, Danielle
12413 Cambron Trl
Spanish Fort, AL 36527


Clear Spring Health Plan
25 South Northwest Hwy, Suite 302
Park Ridge, IL 60068


Coastal Care Services
1200 NW 78th Ave, Suite 100
Miami, FL 33126


Collison, Candace
185 Charlotte Court
Winston Salem, NC 27103


Connecticut Attorney General Office
165 Capitol Avenue
Hartford, CT 06106

Corzine, Kate
9 Forest Drive
Boston, MA 02122-8000


Cox, Teresa
3733 W Morning Mist Dr
Fayetteville, AR 72704


Crandall, Kristin
145 Cranwood Dr
Buffalo, NY 14224


Davis, Donald
2821 NW 110 TER
Fort Lauderdale, FL 33322


Definitive Healthcare
492 Old Connecticut Path, Suite 401
Framingham, MA 01701


DeLance, Devyn
11708 Big Holly Ln
Conroe, TX 77385


Delaware Attorney General Office
Carvel State Building
820 N. French Street
Wilmington, DE 19801


Diaz, Adrian
1105 Leland Drive
Matthews, NC 28104

Dinich, Denise
216 Countryside Lane
Mount Laurel, NJ 08054


Downing, Maureen
1535 S Cedar St
Ottawa, KS 66067


EFleets Car


Eide Bailly LLP
4310 17th Ave. S.
Fargo, ND 58108-2545


Elmore, April
16347 Many Trees Lane
Conroe, TX 77302


Enterprise Fleet Management
PO Box 800089
Kansas City, MO 64180


Espinoza, Vicky
3102 cypress drive
Donna, TX 78537


Expensify
88 Kearny St
San Francisco, CA 94108

FedEx
942 South Shady Grove Road
Memphis, TN 38120


Fernandez, Samantha
2406 Carriage Lamp Lane
Conroe, TX 77384


Florida  Medicaid
210 N Palmetto Ave
Daytona Beach, FL 32114


Florida Attorney General Office
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050


Flowers, Kenzi
1102 Northchase Ct
Conroe, TX 77301


Fornal, Joe
20 State St.
North Haven, CT 06473


Forrey, Kristin
4724 Highway 72
New Plymouth, ID 83655


Gaines, Tammy
1127 county road 120
Blue Springs, MS 38828

Galli, Melinda
76 Lackawanna Ave
Kingston, PA 18704


Garcia, Jessica
11201 Boudreaux Rd
Apt 911
Tomball, TX 77375


Gares, Jack
681 W Racine Loop
Casa Grande, AZ 85122


Gentry, Connie
469 Grand Steeple Drive
Collierville, TN 38017


Georgia Attorney General Office
40 Capitol Square SW
Atlanta, GA 30334


Georgia Department of Revenue
1800 Century Center Blvd
Atlanta, GA 30345-3205


Gerlach, Mark
4861 E Q st
Tacoma, WA 98404


Goldsmith, Mirzeta
550 Taylor Street
Anoka, MN 55303

```
Gonzalez, Jessica
5261 sw 163 ct
Miami, FL 33185
```

```
Grandas, Bobby
30 N Longspur Dr.
Spring, TX 77380
```

```
Griggs, Paula
681 county road 190
Houston, MS 38851
```

```
Hammontree, Bill
6034 Vincents Landing Drive
Hixson, TN 37343
```

```
Hanaway, Jaclyn
559 Wind Energy Pass
Batavia, IL 60510
```

```
Hansen, Christy
6426 Jerry Lynn Ln
Pensacola, FL 32526
```

```
Harmon, Brian
228 Clementine Ct
Montgomery, TX 77316
```

```
Hawaii Medicaid
601 Kamokila Blvd
Kapolei, HI 96707
```

Hawaii Medical Service Association
PO Box 860
Honolulu, HI 96808


Healthsmart
222 W Las Colinas Blvd, Suite 500 N
Irving, TX 75039


Hexter, Monica
3237 Memorial Blvd
Apt 10-304
Murfreesboro, TN 37129


Hobelamn, Hollie
828 Auburn Court
Fort Worth, TX 76104


Hopkins, Mark
900 Saint Louis Ave
apt 3101
Fort Worth, TX 76104


Horn, Kelsey
38 Colony Sq
Angleton, TX 77515


Hubspot
Attn: Katrina Jacobs
5665 147th St. N.
Henriette, MN 55036


Humana
PO Box 931655
Atlanta, GA 31193-1655

Idaho Attorney General
700 W. Jefferson Street
PO Box 83720
Boise, ID 83720-0010


Idaho State Tax Commission
11321 W. Chinden Blvd
Garden City, ID 83714


Illinois Attorney General Office
Chicago Office
100 Wst Randolph Street
Chicago, IL 60601


Indiana Attorney General Office
302 W. Washington Street 5th Floor
Indianapolis, IN 46204


Integra Partners
3221 W. Big Beaver Road, Suite 211
New Haven, MI 48048


Integranet Health
2900 N. Loop W. Ste 700
Houston, TX 77092


Iowa Attorney General Office
Hooever State of Office Building
1305 E. Walnut Street
Des Moines, IA 50319


Jackson, Meagan
1220 W 6th St
Apt 606
Cleveland, OH 44113

Johns, Joy
18202 Floralton Dr
Spring Hill, FL 34610


Jones, Tandy
2625 Harmony Park Xing #131
Spring, TX 77386


Justiniano, Ruby
2678 Howland Blvd
Deltona, FL 32738


Justworks
55 Water St Floor 29,
New York, NY 10041


Kansas Attorney General Office
120 SW 10th Avenue 2nd Floor
Topeka, KS 66612


Kentucky  Medicaid
275 E Main St
Frankfort, KY 40601


Kentucky General Attorney Office
7000 Capital Avenue Suite 118
Frankfort, KY 40601


Lamb, Katy
224 Bonnie Brae
Hinsdale, IL 60521

Lambert, Bonnie
10415 N Strahorn RD
Hayden, ID 83835


Leibowitz, Scott
520 Oldwoods Rd
Wyckoff, NJ 07481


Lewczuk, Paulina
5840 42nd Ave N
Saint Petersburg, FL 33709


Lindsay, Christine
1225 Lawrence Road #718
Kemah, TX 77565


Long-Coker, Deedra
PO Box 71
Wortham, TX 76693


Louisana Attorney General Office
1885 N 3rd Street
Baton Rouge, LA 70802


Louisana Department of Revenue
617 North Third Street
PO Box 201
Baton Rouge, LA 70821


Louisiana  Medicaid
2521 Wooddale Blvd
Baton Rouge, LA 70805

Martin, Alex
220 Granada Ave
Apt. 9
Long Beach, CA 90803


Martin, Gabby
2108 TUNNEL MILL RD
Charlestown, IN 47111


Mary Jane Percival
223 Arabian Drive
Spring, TX 77382


Maryland Attorney General Office
200 St. Paul Place
Baltimore, MD 21202


Massachusetts Attorney General Office
1 Ashburton Place
20th Floor
Boston, MA 02108


Matthews, Melissa
15403 Ripplestream St
Houston, TX 77068


McGrew, Amy
704 Alamo Rd
Fredericksburg, TX 78624


McNally, Nancy
7618 CHEROKEE SPRINGS WAY
Knoxville, TN 37919

Medical Cost Containment Professionals
406 9th Avenue Suite 202
San Diego, CA 92101


Medicare
7210 Ambassador Rd
Windsor Mill, MD 21244


Medigold
6150 E. Broad St. EE320
Columbus, OH 43213


Medina, Christine
17757 Arminta Street
Reseda, CA 91335


Medline
Department 1080 PO Box 121080
Dallas, TX 75312


Medline
Three Lakes Drive
Winnetka, IL 60093


Medline Industries LP
Three Lakes Drive
Winnetka, IL 60093


Michigan  Medicaid
22 Center St
Ypsilanti, MI 48198

Michigan Attorney General Office
525 W. Ottawa Street
Lansing, MI 48906


Microsoft




Miller, Catherine
3790 Metasville Road
Washington, GA 30673



Mississippi  Medicaid
550 High St, Ste 1000
Jackson, MS 39201



Mississippi Attorney General Office
PO Box 220
Jackson, MS 39205



Mississippi Department of Revenue
PO Box 1033
Jackson, MS 39215-1033



Missouri Attorney General Office
2311 Bloomfield Street Suite 106
Cape Girardeau, MO 63703



Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65101

Mize, Katy
10106 Rosebery Drive
La Porte, TX 77571


Molina Healthcare of Texas
5605 N. MacArthur Blvd. Suite 400
Irving, TX 75038


Montana Attorney General Office
215 N. Sanders St
Helena, MT 59601


Monteleon, Yvette
111 Soho Circle
Lafayette, LA 70508


Moore, Heather
115 Waterside Drive
Beaver Falls, PA 15010


Murphy, Jason
7980 Marsha Woods Drive
Memphis, TN 38125


Neal, Shelley
5511 Claymore Meadow Ln
Spring, TX 77389


Nebraska  Medicaid
2525 N 117th Ave Ste 100
Omaha, NE 68164

Nethealth
40 24th Street, 1st Floor
Pittsburgh, PA 15222


Nevada Office of Attorney General
100 N. Carson Street
Carson City, NV 89701


New Mexico Attorney General Office
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501


New Mexico Medicaid
9400 Holly Ave NE
Albuquerque, NM 87122


New York Attorney General Office
The Capitol
Albany, NY 12224-0341


New York Medicaid
215 Bay St Ste 1
Staten Island, NY 10301


Ngindi, Melissa
23882 Dorrington Estates Lane
Conroe, TX 77385


North Carolina Attorney General Office
114 West Edenton Street
Raleigh, NC 27603

Ohio Attorney General Office
PO Box 365
London, OH 43140


Ohio Medicaid
50 W Town St, Ste 400
Columbus, OH 43215


Oklahoma Attorney General Office
313 NE 21st Street
Oklahoma City, OK 73105


Oklahoma Department of Revenue
2501 North Lincoln Boulevard
Oklahoma City, OK 73194


Oklahoma Medicaid
4345 N Lincoln Blvd,
Oklahoma City, OK 73105


Oregon Attorney General Office
1162 Court Street NE
Salem, OR 97301-4096


Oregon Medicaid
500 Summer St NE
Salem, OR 97301


Orlando, Brittany
217 S Jefferson Ave
Canonsburg, PA 15317

Pancake, Cynthia
311 S 9th Street
47567


Parker, Nicole
330 Lazy Bar S Rd
Somerville, TX 77879


Patterson, Cataria
2716 South Collins St
Apt 712
Arlington, TX 76014


Pennsylvania Attorney General Office
Strawberry Square
Harrisburg, PA 17120


Percival, Jane
223 Arabian Drive
Spring, TX 77382


Percival, Maria
75 Northgate Dr
Spring, TX 77380


Percival, Nick
75 Northgate Dr
Spring, TX 77380


Prime Health Services
331 Mallrory Station Road
Franklin, TN 37067

Provider Network of America
1600 West Broadway Road, Suite 300
Tempe, AZ 85282


Pure Speed Lightwave Inc.
PO Box 650823
Dallas, TX 75265-0823


Qlarant Integrity Solutions LLC
14643 Dallas Parkway Suite 400
Dallas, TX 75254-1613


Relias


RGH Enterprises
d/b/a Cardinal Health at-Home
1810 Summit Commerce Park
Twinsburg, OH 44087


Robnett, Abby
3802 County Street 2780
Ninnekah, OK 73067


Rodman, Jill
415 Manchester Pl
Bristol, TN 37620


Rodriguez, Carlos
1280 west 46th street
apt 903
Hialeah, FL 33012

Rodriguez, David
14030 FM 1560 N
Apt 11305
Helotes, TX 78023


Rohr-Press, Stefanie
12833 Walnut Hill Dr.
Lakeville, IN 46536


Roth, Michal
10216 Regal Drive unit 309
Largo, FL 33774


RSG Specialty
1100 Walnut St. Ste 3200
Kansas City, MO 64106


Salesforce
415 Mission St 3rd Floor
San Francisco, CA 94105


Sampson, Vivian
545 Hinman Ave k2
Evanston, IL 60202


San Pedro, Daniel
319 Blue Lake Circle
Kissimmee, FL 34758


Schexnayder, Raven
9109 East Old Spanish Trail
Jeanerette, LA 70544

Schwab, jordan
27900 SE Bartlemay Rd
Eagle Creek, OR 97022


Scott & White Health Plan
1206 West Campus Drive
Temple, TX 76502


Senior Select Partners
420 North Twentieth Street, Suite 3400
Birmingham, AL 35203


Serame, Chaz
33103 134th Ave SE
Auburn, WA 98092


Sheakley UniComp
30 West Spring St. L20
Columbus, OH 43215


Simpra Advantage
3008 7th Ave S
Birmingham, AL 35233


Smith, Ciara
656 Links View Court
Grand Prairie, TX 75052


Smith, Lainey
504 Timber Voyage Court
Montgomery, TX 77316

Smith, Lindsay
9939 Wethers Field Circle
Aubrey, TX 76227


South Carolina Attorney General Office
PO Box 11549
Columbia, SC 29211


South Carolina Medicaid
200 S Mountain St
Union, SC 29379


South Dakota Medicaid
600 E Capital Ave
Pierre, SD 57501


Southern District of TX US Attorney
Alamdar Hamdani, Esq.,
1000 Louisiana STE 2300
Houston, TX 77002


Sowada, Shelly
11413 HARVEST ROAD
Little Falls, MN 56345


SR Fax
201-5190 Dublin Way Nanaimo
BC, Canada V9T 0H2
Toronto, ON


Stevens, Tamis
2188 Richerson Rd
Denison, TX 75021

Sunshine Health
1700 N University Drive
Plantation, FL 33322


Survey Monkey
One Curiosity Way
San Mateo, CA 94403


Swain, Jenny
233 Terrace Bluff Lane
Aledo, TX 76008


Sweikhart, Ashley
9510 Ashwood Dr
Mobile, AL 36695


Tate, Terry
31357 Pine Run Drive
Orange Beach, AL 36561


Taylor Graphics
1582 Browning
Irvine, CA 92606


Tennessee Attorney General Office
PO Box 20207
Nashville, TN 37202-0207


Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242

Tennessee Medicaid
310 Great Circle Rd
Nashville, TN 37243


Texas Attorney General Office
PO Box 12548
Austin, TX 78711-2548


Texas Department of Revenue
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774


Texas Medicaid
12365a Riata Trace Parkway
Austin, TX 78727


The Insurance Company


Thomas, Stacey
2224 Silver Palm Drive
Edgewater, FL 32141


Three Rivers Provider Network
6970 O Bannon Drive
Las Vegas, NV 89117


Thuma, Kelly
1710 Briarwood Terrace
Springfield, OH 45504

Titman, Jessica
4718 Heathers Cross
Saint Hedwig, TX 78152


Tomarelli, Lisa
524 Sarabay Rd
Osprey, FL 34229


Tribute Health Plans
One Riverfront Place, Suite 615
North Little Rock, AR 72114


TriCare East-Humana Military
305 N Hurstbourne Parkway-2B
Louisville, KY 40222


Trotman, Jeff
2701 Colleen Street NE
Rochester, MN 55906


Ultimate Health Plans
1244 Mariner Boulevard
Spring Hill, FL 34609


United Wound Healing
PO Box 24081
Seattle, WA 98124


UnitedHealthcare
PO Box 101760
Atlanta, GA 30392-1760

US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530


US Health and Human Services
200 Independence Avenue S.W.
Washington, DC 20201


USA Manage Care Organization
4609 Bee Caves Road, Suite 200
Austin, TX 78746


Utah Attorney General Office
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320


Valentin, Marisol
20 Eaves Mill Rd
Medford, NJ 08055


VanGelder, Rachel
1410 West Parkwood Court
Spokane, WA 99218


Vaughn, Misty
133 Circle Slope Dr
Simpsonville, SC 29681


Virginia Attorney General Office
109 State Street
Montpelier, VT 05609

Virginia Medicaid
600 E Broad St
Richmond, VA 23219


Voelker, Roxanne
6701 SW WHITMARSH ROAD
Bentonville, AR 72713


Warren, Todd
397 University Ave
Apt 1
Rochester, NY 14607


Washington Attorney General Office
1125 Washington St SE
PO Box 40100
Olympia, WA 98504


Washington Medicaid
1313 W Meeker St, Ste 100
Kent, WA 98032


Washington Medline Industries Holdings
Three Lakes Drive
Winnetka, IL 60093


Watson, Amy
5700 Tully Court
Raleigh, NC 27609


Wellmark
1601 West Madison Street
Sioux Falls, SD 57104

Weppler, Stephanie
2004 N 12th St
Coeur D Alene, ID 83814


Western Sky Community Care Inc
5300 Homestead Rd NE
Albuquerque, NM 87110


Wex
PO Box 4337
Carol Stream, IL 60197


Whitty, Christina
514 Marsha Ave
Mendenhall, MS 39114


Wieland, Mike
94 Heathermere Dr
Galena, OH 43021


Williams, Kaylena
1303 Gears Rd
APT 1319
Houston, TX 77067


Wisconsin Attorney General Office
PO Box 7857
Madison, WI 53707-7857


Wisconsin Medicaid
1 W Wilson St, Ste 350
Madison, WI 53703

Zelis
Two Concourse Parkway, Suite 300
Atlanta, GA 30328


Zimmermann, Randall
111 South Park
Hohenwald, TN 38462


Zoom
55 Almaden Blvd
San Jose, CA 95113