# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ) ) | |
| ) | Chapter 11 |
| CURITEC, LLC[1] ) | |
| ) | Case No. 23-90108 |
| Debtor. ) | |
| ) | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MARCH 6, 2023 AT 2:30 P.M. (PREVAILING CENTRAL TIME)

| Judge: | Christopher M. Lopez |
|---|---|
| Hearing Date: | Tuesday, March 6, 2023 |
| Hearing Time: | 2:30 p.m. (prevailing Central Time) |
| Party's Name: | Curitec, LLC |
| Attorney's Name: | Casey Doherty, Samuel Maizel, and Andrew C. Helman |
| Attorney's Phone: | (207) 619-0919 (Helman) |
| Nature of Proceeding: | First Day Hearing on the following motions:<br>• *Notice of Designation as Complex Chapter 11 Bankruptcy Case* [Docket No. 2];<br>• *Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Certain Prepetition (I) Wages, Salaries, and Other Compensation; (II) Reimbursable Employee Expenses; (III) Employee Benefits; and (IV) Related Costs* [Docket No. 6];<br>• *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using Its Cash Management System, and (B) Maintain Existing Bank Account and Business Forms and Books and Records, and (II) Granting Related Relief* [Docket No. 7];<br>• *Debtor's Emergency Motion For Entry of an Order (I) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 8]; and<br>• *Debtor's Emergency Motion for Entry of an Order (I) Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 9]. |

---

[1] The last four digits of the taxpayer identification number of Curitec, LLC are 3000. The principal office of Curitec, LLC are located at 24 Waterway Ave, Suite 755, The Woodlands, TX 77380.

22726318.v1

Curitec, LLC, the above-captioned debtor and debtors in possession (the "Debtor"), files its Witness and Exhibit List for the hearing to be held on March 6, 2023 at 2:30 p.m. (prevailing Central Time) (the "Hearing") as follows:

## WITNESSES

The Debtor may call the following witnesses at the Hearing:

1. Nicholas Percival, manager, 50% owner, and chief operating officer of the Debtor;

2. Any witness listed or called by any other party; and

3. Rebuttal witnesses as necessary.

## EXHIBITS

The Debtor may offer for admission into evidence any of the following exhibits at the Hearing:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | *Declaration of Nicholas Percival in Support of Chapter 11 Petition and First Day Motions* [Docket No. 5] | | | | |
| 2 | Any other document or pleading filed in the above-captioned case | | | | |
| 3 | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| 4 | Any exhibit identified or offered by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtor reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. The Debtor also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Debtor finally reserves the right to introduce exhibits previously admitted.

22726318.v1

Dated: March 3, 2023                    Respectfully submitted,

                                        */s/ Casey Doherty*
                                        Casey Doherty
                                        Dentons US LLP
                                        1300 Post Oak Blvd.
                                        Suite 701
                                        Houston, TX 77056
                                        Phone: (713) 658-4600
                                        Email:  casey.doherty@dentons.com

                                        -and-

                                        Samuel R. Maziel (*pro hac vice* forthcoming)
                                        Dentons US LLP
                                        601 S. Figueroa Street
                                        Suite 2500
                                        Los Angeles, CA 90017
                                        Phone:  (213) 892-2910
                                        Email:  samuel.maziel@dentons.com

                                        -and-

                                        Sam J. Alberts (*pro hac vice* forthcoming)
                                        David F. Cook (*pro hac vice* forthcoming)
                                        Dentons US LLP
                                        1900 K Street NW
                                        Washington, DC 20006
                                        Phone: (202) 408-7004
                                        Email:  sam.alberts@dentons.com
                                                david.f.cook@dentons.com

                                        -and-

                                        Andrew C. Helman (*pro hac vice* forthcoming)
                                        Gina M. Young (*pro hac vice* forthcoming)
                                        Dentons Bingham Greenebaum LLP
                                        One Beacon Street
                                        Suite 25300
                                        Boston, MA 02108
                                        Phone: (207) 619-0919
                                        Email:  andrew.helman@dentons.com
                                                gina.young@dentons.com

                                        *Proposed Counsel to the Debtor*

22726318.v1

## **CERTIFICATE OF SERVICE**

  This is to certify that I have on March 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

            */s/ Casey Doherty*
            Casey Doherty

22726318.v1