IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) |
| CURITEC, LLC[1] | ) Chapter 11 ) ) Case No. 23-90108 (CML) |
| Debtor. | ) ) |

**STATEMENT REGARDING REQUIREMENTS OF 11 U.S.C. § 1116(a)**

Curitec, LLC ("Curitec," or the "Debtor") files this statement regarding the requirements of § 1116(a) of title 11 of the United States Code (the "Bankruptcy Code").  Attached as **Exhibit A** are the Debtor's most recent balance sheet and statement of operations.  Attached as **Exhibit B** is the Debtor's most recent tax return.[2]  In compliance with § 1116(a), the Debtor file a cash flow statement or statement pursuant to § 1116(b) of the Bankruptcy Code within seven (7) calendar days of the date it commenced this case.

---

[1] The last four digits of the taxpayer identification number of Curitec, LLC are 3000.  The principal office of Curitec, LLC are located at 24 Waterway Ave, Suite 755, The Woodlands, TX 77380.
[2] Additional pages and schedules to the tax return are available upon request.

1

22729093.v1

Dated: March 3, 2023 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Casey Doherty*
　　　　　　　　　　　　　　　　　　Casey Doherty
　　　　　　　　　　　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　　　　　1300 Post Oak Blvd.
　　　　　　　　　　　　　　　　　　Suite 701
　　　　　　　　　　　　　　　　　　Houston, TX 77056
　　　　　　　　　　　　　　　　　　Phone: (713) 658-4600
　　　　　　　　　　　　　　　　　　Email:  casey.doherty@dentons.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Samuel R. Maziel (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　　　　　601 S. Figueroa Street
　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　Phone:  (213) 892-2910
　　　　　　　　　　　　　　　　　　Email:  samuel.maziel@dentons.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Sam J. Alberts (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　David F. Cook (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　　　　　1900 K Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Phone: (202) 408-7004
　　　　　　　　　　　　　　　　　　Email:  sam.alberts@dentons.com
　　　　　　　　　　　　　　　　　　　　　　　david.f.cook@dentons.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Andrew C. Helman (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　Gina M. Young (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　Dentons Bingham Greenebaum LLP
　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　Suite 25300
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　Phone: (207) 619-0919
　　　　　　　　　　　　　　　　　　Email:  andrew.helman@dentons.com
　　　　　　　　　　　　　　　　　　　　　　　gina.young@dentons.com

　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Debtor*

2

22729093.v1

## **CERTIFICATE OF SERVICE**

       This is to certify that I have on March 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ Casey Doherty*
                                        Casey Doherty

22729093.v1