# **<u>EXHIBIT A</u>**

**(Financial Statements)**

Draft: Preliminary and tenative,
subject to change

**Curitec LLC**
**Unaudited Balance Sheet**
**As of December 31, 2022**

| | | Amount |
|---|---|---:|
| **ASSETS** | | |
|   <u>Current Assets</u> | | |
|     Checking/Savings | $ | 444,761 |
|     Accounts Receivable | | 3,951,464 |
|     Other Current Assets | | 11,055,975 |
|   **Total Current Assets** | $ | 15,452,200 |
|   <u>Fixed Assets</u> | | |
|     Leasehold Improvements | $ | 4,492 |
|     Office furniture and Fixtures | | 38,447 |
|     Accumulated Depreciation | | (42,939) |
|   **Total Fixed Assets, Net** | $ | - |
|   <u>Other Assets</u> | | |
|     Deposits | $ | 50,000 |
|     Investment in Subsidiary | | (573,567) |
|     Security Deposit | | 12,596 |
|     Loan receivable - Nick Percival | | 1,830,982 |
|   **Total Other Assets** | $ | 1,320,011 |
| **TOTAL ASSETS** | **$** | **16,772,210** |
| | | |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
|   <u>Current Liabilities</u> | | |
|     Accounts Payable | $ | 1,446,267 |
|     Credit Cards | | 668,519 |
|   Other Current Liabilities | | |
|   Due to Mary Jane Percival | | 988,000 |
|   Pension Payable | | 1,049,604 |
|   **Total Current Liabilities** | $ | 4,152,390 |
| | | |
|   **Total Liabilities** | $ | 4,152,390 |
| **Equity** | | |
|   Additional Paid-in Capital | $ | 760,636 |
|   Capital Contributions | | 500,265 |
|   Distributions | | (7,223,399) |
|   Retained Earnings | | 3,702,683 |
|   Net Income | | 14,879,635 |
|   **Total Equity** | $ | 12,619,821 |
| **TOTAL LIABILITIES & EQUITY** | **$** | **16,772,210** |

Draft: Preliminary and tenative, subject to change

**Curitec LLC**
**Unaudited Statement of Income**
**For the Year Ended December 31, 2022**

|  |  | Amount |
|---|---|---:|
| Sales | $ | 36,768,351 |
| COGS | | 8,877,952 |
| Gross Profit | $ | 27,890,399 |
| Expense | | |
| Accounting | $ | 173,598 |
| Advertising | | 72,233 |
| Auto Expense | | 80,512 |
| Automobile Lease | | 58,737 |
| Business Meals | | 155,471 |
| Corporate Events | | 62,461 |
| Insurance | | 879,797 |
| Legal Fees | | 243,535 |
| Office Supplies and Expense | | 122,561 |
| Outside Services | | 102,624 |
| Payroll Expenses | | 7,006,512 |
| Pension Expense | | 1,154,111 |
| Rent | | 147,217 |
| Software Expense | | 459,795 |
| Travel | | 559,954 |
| Other | | 195,756 |
| Total Expense | $ | 11,474,873 |
| Net Ordinary Income | $ | 16,415,526 |
| | | |
| Other Income/Expense | | |
| Other Expense | | |
| Interest | | 169 |
| Loss from Investment in Subsidiary | | 1,417,684 |
| Penalties | | 1,658 |
| State Tax | | 116,380 |
| Total Other Expense | $ | 1,535,891 |
| Net Other Income/Expense | $ | (1,535,891) |
| Net Income | $ | **14,879,635** |