# EXHIBIT B

**(Tax Returns)**

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2021**

For calendar year 2021 or tax year beginning _____ , ending _____

| A S election effective date 01/01/2020 | Name CURITEC LLC | D Employer identification number ▓▓3000 |
|---|---|---|
| B Business activity code number (see instructions) 423400 | Number, street, and room or suite no. If a P.O. box, see instructions. 24 WATERWAY AVE STE 755 | E Date incorporated 09/14/2018 |
| C Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code THE WOODLANDS, TX  77380 | F Total assets (see instructions) $ 2,985,403. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☒ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................ ▶ 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales   13,936,324. | b Returns and allowances | c Bal. Subtract line 1b from line 1a | 1c | 13,936,324. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 2 | 3,853,523. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 10,082,801. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | 4 | |
| 5 | Other income (loss) (attach statement) | STATEMENT 4 | 5 | 2,707,837. |
| 6 | **Total income (loss).** Add lines 3 through 5 | ▶ | 6 | 12,790,638. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | | 7 | 618,896. |
| 8 | Salaries and wages (less employment credits) | | 8 | 2,537,752. |
| 9 | Repairs and maintenance | | 9 | |
| 10 | Bad debts | | 10 | |
| 11 | Rents | | 11 | 34,141. |
| 12 | Taxes and licenses | STATEMENT 5 | 12 | 236,935. |
| 13 | Interest (see instructions) | | 13 | 43,853. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 14 | 513,539. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | | 15 | |
| 16 | Advertising | | 16 | 87,251. |
| 17 | Pension, profit-sharing, etc., plans | | 17 | 1,235,644. |
| 18 | Employee benefit programs | | 18 | 193,179. |
| 19 | Other deductions (attach statement) | STATEMENT 6 | 19 | 4,882,218. |
| 20 | **Total deductions.** Add lines 7 through 19 | ▶ | 20 | 10,383,408. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | 21 | 2,407,230. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120-S) | 22b | | |
| c | Add lines 22a and 22b | | | 22c | |
| 23 a | 2021 estimated tax payments and 2020 overpayment credited to 2021 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26: **Credited to 2022 estimated tax** ▶ _____  **Refunded** ▶ | | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____
Signature of officer          Date

Title **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instr.
☒ Yes  ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name NICOLE E. SHAHZADI, CPA | Preparer's signature | Date 09/09/22 | Check if self-employed ☐ | PTIN ▓▓0958 |
|---|---|---|---|---|
| Firm's name ▶ EIDE BAILLY LLP | | | Firm's EIN ▶ ▓▓ | |
| Firm's address ▶ 17501 17TH ST., STE. 100   TUSTIN, CA 92780-7924 | | | Phone no. 714-505-9000 | |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   111701 12-23-21   Form **1120-S** (2021)

CLIENT COPY

Form 1120-S (2021)   CURITEC LLC                                                3000   Page **2**

| **Schedule B** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

1 Check accounting method:  a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶

2 See the instructions and enter the:

a Business activity ▶ SALES    b Product or service ▶ MEDICAL SUPPLIES

3 At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation  →  X

4 At the end of the tax year, did the corporation:

a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  →  X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  →  X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

5a At the end of the tax year, did the corporation have any outstanding shares of restricted stock?  →  X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock  ▶ _____

(ii) Total shares of non-restricted stock  ▶ _____

b At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?  →  X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year  ▶ _____

(ii) Total shares of stock outstanding if all instruments were executed  ▶ _____

6 Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction?  →  X

7 Check this box if the corporation issued publicly offered debt instruments with original issue discount  ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

8 If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years  ▶ $

9 Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions  →  X

10 Does the corporation satisfy one or more of the following? See instructions  →  X

a The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

b The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

c The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

11 Does the corporation satisfy **both** of the following conditions?  →  X

a The corporation's total receipts (see instructions) for the tax year were less than $250,000.

b The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

Form **1120-S** (2021)

Form 1120-S (2021)   **CURITEC LLC**   ▌3000   Page **3**

## Schedule B   Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ _____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ _____ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 2,407,230. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends:  a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)     Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures     Type ▶ | 12c | |
| | d | Other deductions (see instructions)     Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e | Other rental credits (see instructions)     Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)     Type ▶ | 13g | |
| **International Transactions** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ▶ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses          STATEMENT 7 | 16c | 25,829. |
| | d | Distributions (attach statement if required) | 16d | 3,019,056. |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2021)

111721  12-23-21

Form 1120S (2021)　　CURITEC LLC　　　　　　　　　　　　　　　　　　　　3000　　Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Other Information** 17a | Investment income | 17a | |
| **b** | Investment expenses | 17b | |
| **c** | Dividend distributions paid from accumulated earnings and profits | 17c | |
| **d** | Other items and amounts (att. stmt.)　　　　　　　　STATEMENT 8 | | |
| **Recon-ciliation** 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | 2,407,230. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 169,124. | | 402,825. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | 445,000. | | 688,000. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | | | | |
| 7 | Loans to shareholders | | 1,589,000. | | 1,830,982. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 1,531,419. | | 2,044,959. | |
| b | Less accumulated depreciation | ( 1,531,419. | 0. | ( 2,044,959. | 0. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (att. stmt.)　STATEMENT 9 | | 87,680. | | 63,596. |
| 15 | Total assets | | 2,290,804. | | 2,985,403. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 151,958. | | 313,851. |
| 18 | Other current liabilities (att. stmt.)　STATEMENT 10 | | 1,105,378. | | 1,639,409. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,264,491. | | 1,057,972. |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | 149,842. | | 760,636. |
| 24 | Retained earnings　STATEMENT 11 | | -380,865. | | -786,465. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 2,290,804. | | 2,985,403. |

Form **1120-S** (2021)

111731
12-23-21

Form 1120-S (2021)     CURITEC LLC                                                     3000     Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books | 2,613,456. | | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | | **a** Tax-exempt interest  $ | |
| | | | | | STMT 13          232,055. | 232,055. |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | | **6** | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| | **a** Depreciation  $ | | | | **a** Depreciation  $ | |
| | **b** Travel and entertainment $ | | | | | |
| | STMT 12          25,829. | 25,829. | | **7** | Add lines 5 and 6 | 232,055. |
| **4** | Add lines 1 through 3 | 2,639,285. | | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 2,407,230. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | | | | |
| **2** | Ordinary income from page 1, line 21 | 2,407,230. | | | |
| **3** | Other additions | | | | |
| **4** | Loss from page 1, line 21 | ( ) | | | |
| **5** | Other reductions    STATEMENT 14 | 25,829. ( ) | | | ( ) |
| **6** | Combine lines 1 through 5 | 2,381,401. | | | |
| **7** | Distributions | 2,381,401. | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | 0. | | | 0. |

Form **1120-S** (2021)

111732
12-23-21

# Statement for Revenue Procedure 2021-48

Taxpayer's Name    CURITEC LLC
Taxpayer's Address   24 WATERWAY AVE STE 755
                     THE WOODLANDS, TX   77380

Taxpayer's SSN/EIN   ████3000

The taxpayer is applying the following sections of Revenue Procedure 2021-48 of tax year   2020   :
SECTION 3.01(1)

| Year of Loan | Description | Tax-Exempt Income | Was the loan forgiven as of the date of the return is filed? |
|---|---|---|---|
| 2020 | PPP LOAN | 232,055. | Y |
| ___ | | | _ |
| ___ | | | _ |
| ___ | | | _ |
| ___ | | | _ |

103801 02-28-22

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| CURITEC LLC | ▮▮3000 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 445,000. |
| 2 | Purchases | 4,096,523. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total**. Add lines 1 through 5 | 4,541,523. |
| 7 | Inventory at end of year | 688,000. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 3,853,523. |

**9 a** Check all methods used for valuing closing inventory:

    (i) ☒ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods    ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)    ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    **9d**

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions    ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes ☒ No

    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

124441
04-01-21    LHA

| Form **1125-E** |
|---|

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name | Employer Identification number
CURITEC LLC | ▆▆ 3000

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| 1 MARIA PERCIVAL | ▆▆▆ | 100% | 50.00% | | 312,360. |
| NICHOLAS PERCIVAL | ▆▆▆ | 100% | 50.00% | | 306,536. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | | **2** | 618,896. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 618,896. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

124451  04-01-21      LHA

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property)   OTHER | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service   (99) | ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | **2021** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| CURITEC LLC | OTHER DEPRECIATION | 8▮▮3000 |

**Part I** | Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12   ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** | Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 29,900. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** | MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** | Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 483,639. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 513,539. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

116251 12-21-21   LHA  **For Paperwork Reduction Act Notice, see separate instructions.** | Form **4562** (2021)

Form 4562 (2021)     CURITEC LLC                                    3000   Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

24a  Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | 483,639. |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT 15 | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 483,639. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | | 29 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2021 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

116252 12-21-21                                                                 Form **4562** (2021)

| Form **8886**<br>(Rev. December 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Reportable Transaction Disclosure Statement**<br>▶ Attach to your tax return.    ▶ See separate instructions.<br>▶ Go to www.irs.gov/Form8886 for instructions and the latest information. | OMB No. 1545-1800<br>Attachment<br>Sequence No.  **137** |
|---|---|---|

| Name(s) shown on return (individuals enter last name, first name, middle initial) | Identifying number |
|---|---|
| CURITEC LLC | ▮3000 |

| Number, street, and room or suite no. | City or town, state, and ZIP code |
|---|---|
| 24 WATERWAY AVE STE 755 | THE WOODLANDS, TX  77380 |

**A** If you are filing more than one Form 8886 with your tax return, sequentially number each Form 8886 and enter the statement number
for this Form 8886 ............................................... ▶ Statement number _____ of

**B** Enter the form number of the tax return to which this form is attached or related ............... ▶ FORM 1120-S

Enter the year of the tax return identified above ............................................ ▶ 2021

Is this Form 8886 being filed with an amended tax return? .......................... ☐ Yes  ☒ No

**C** Check the box(es) that apply. See instructions.    ☒ Initial year filer    ☒ Protective disclosure

**1a** Name of reportable transaction
SECTION 831(B) MICRO-CAPTIVE TRANSACTION

| **1b** Initial year participated in transaction<br>2021 | **1c** Reportable transaction or tax shelter registration number |
|---|---|

**2** Identify the type of reportable transaction. Check all boxes that apply. See instructions.

  **a** ☐ Listed      **c** ☐ Contractual protection      **e** ☒ Transaction of interest

  **b** ☐ Confidential      **d** ☐ Loss

**3** If you checked box 2a or 2e, enter the published guidance number for the listed transaction
or transaction of interest                      ▶ NOTICE 2016-66

**4** Enter the number of "same as or substantially similar" transactions reported on this form ..................... ▶

**5** If you participated in this reportable transaction through a partnership, S corporation, trust, and foreign entity, check the applicable boxes and provide the
information below for the entity(ies). See instructions. (Attach additional sheets, if necessary.)

  **a** Type of entity .................. ▶   ☐ Partnership   ☐ Trust     ☐ Partnership   ☐ Trust
                               ☐ S corporation   ☐ Foreign    ☐ S corporation   ☐ Foreign

  **b** Name
     ▶

  **c** Employer identification number (EIN), if known ▶

  **d** Date Schedule K-1 received from entity (enter
     "none" if Schedule K-1 not received) .......... ▶

**6** Enter below the name and address of each individual or entity to whom you paid a fee with regard to the transaction if that individual or entity promoted, solicited, or
recommended your participation in the transaction, or provided tax advice related to the transaction. (Attach additional sheets, if necessary.)

| **a** Name<br><br>          SEE STATEMENT 16 | Identifying number (if known) | Fees paid<br>$ |
|---|---|---|
| Number, street, and room or suite no. | | |
| City or town, State, and ZIP code | | |

| **b** Name | Identifying number (if known) | Fees paid<br>$ |
|---|---|---|
| Number, street, and room or suite no. | | |
| City or town, State, and ZIP code | | |

110811
04-01-21  LHA    **For Paperwork Reduction Act Notice, see separate instructions.**          Form **8886** (Rev. 12-2019)

Form 8886 (Rev. 12-2019)                                                                                                    Page **2**

**7  Facts**

  **a**  Identify the type of tax benefit generated by the transaction. Check all the boxes that apply. See instructions.

      [X] Deductions      [ ] Exclusions from gross income      [ ] Absence of adjustments to basis      [ ] Tax credits

      [ ] Capital loss      [ ] Nonrecognition of gain      [ ] Deferral

      [ ] Ordinary loss      [ ] Adjustments to basis      [X] Other  831(B)

  **b**  Enter the total dollar amount of your tax benefits identified in 7a. See instructions ................... $    216,982.

  **c**  Enter the anticipated number of years the transaction provides the tax benefits stated in 7b. See instructions ...................

  **d**  Enter your total investment or basis in the transaction. See instructions ........................ $    586,438.

  **e**  Further describe the amount and nature of the expected tax treatment and expected tax benefits generated by the transaction for all affected years. Include facts of each step of the transaction that relate to the expected tax benefits including the amount and nature of your investment. Include in your description your participation in the transaction and all related transactions regardless of the year in which they were entered into. Also, include a description of any tax result protection with respect to the transaction.

    SEE STATEMENT 17

    _____

    _____

    _____

    _____

    _____

    _____

**8**  Identify all individuals and entities involved in the transaction that are tax-exempt, foreign, or related. Check the appropriate box(es). See instructions. Include their name(s), identifying number(s), address(es), and a brief description of their involvement. For each foreign entity, identify its country of incorporation or existence. For each individual or related entity, explain how the individual or entity is related. Attach additional sheets, if necessary.

  **a**  Type of individual or entity:    [ ] Tax-exempt    [ ] Foreign    [ ] Related

| Name | Identifying number |
|------|--------------------|
| Address | |
| Description | |

    SEE STATEMENT 18

  **b**  Type of individual or entity:    [ ] Tax-exempt    [ ] Foreign    [ ] Related

| Name | Identifying number |
|------|--------------------|
| Address | |
| Description | |

110812
04-01-21                                                                                   Form **8886** (Rev. 12-2019)

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Curitec LLC
24 Waterway Ave STE 755
The Woodlands, TX  77380

Employer Identification Number: ███████3000

For the Year Ending December 31, 2021

Curitec LLC is making the de minimis safe harbor election under Reg.
Sec. 1.263(a)-1(f).

CURITEC LLC                                                              ███3000

---

FORM 1120S                        OTHER INCOME                    STATEMENT 4

---

DESCRIPTION                                                          AMOUNT
_____                                                      _____

AIRCRAFT CHARTER REVENUE                                           2,639,672.
OTHER INCOME                                                          18,365.
PERSONAL USE OF AUTO                                                  49,800.
                                                                  _____
TOTAL TO FORM 1120S, PAGE 1, LINE 5                               2,707,837.
                                                                  ==========

---

FORM 1120S                      TAXES AND LICENSES                STATEMENT 5

---

DESCRIPTION                                                          AMOUNT
_____                                                      _____

PAYROLL TAXES                                                       227,583.
PROPERTY TAXES                                                          308.
MISSISSIPPI TAXES - BASED ON INCOME                                  1,633.
TEXAS TAXES - BASED ON INCOME                                        5,161.
TEXAS TAXES - OTHER                                                  2,250.
                                                                  _____
TOTAL TO FORM 1120S, PAGE 1, LINE 12                               236,935.
                                                                  ==========

CLIENT COPY

CURITEC LLC                                                        ███3000

---

FORM 1120S                    OTHER DEDUCTIONS                 STATEMENT 6

---

DESCRIPTION                                                   AMOUNT
------------                                                  ------

ACCOUNTING                                                   139,418.
AIRCAFT EXPENSES                                           2,799,672.
AUTO EXPENSE                                                 150,215.
BANK CHARGES                                                   2,903.
CAPTIVE INSURANCE                                            586,438.
COMPUTER AND INTERNET                                         15,420.
CONSULTING EXPENSE                                            2,950.
DUES AND SUBSCRIPTIONS                                        2,912.
EXPENSE REIMBURSEMENTS                                       72,729.
INSURANCE                                                    98,280.
INTERNET AND WEB SERVICES                                     1,247.
LEGAL FEES                                                   50,417.
LICENSE AND PERMITS                                          10,983.
MEALS NOT SUBJECT TO LIMITATION                              92,256.
MOVING EXPENSE                                                1,697.
OFFICE SUPPLIES                                              60,696.
OUTSIDE SERVICES                                            145,584.
PAYROLL PROCESSING FEES                                      36,867.
POSTAGE AND DELIVERY                                           7,020.
PROFESSIONAL EDUCATION                                       16,877.
SMALL EQUIPMENT                                              11,965.
SOFTWARE EXPENSE                                            243,258.
TELEPHONE                                                    24,489.
TRADE SHOWS                                                  16,508.
TRAVEL                                                      286,961.
UTILITIES                                                     4,456.
                                                         ------------
TOTAL TO FORM 1120S, PAGE 1, LINE 19                      4,882,218.
                                                         ============

---

SCHEDULE K               NONDEDUCTIBLE EXPENSES            STATEMENT 7

---

DESCRIPTION                                                   AMOUNT
------------                                                  ------

EXCISE TAX                                                   25,133.
PENALTIES                                                       696.
                                                         ------------
TOTAL TO SCHEDULE K, LINE 16C                                25,829.
                                                         ============

CURITEC LLC                                                                    ███3000

---

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | 2,407,230. |
| SECTION 199A - W-2 WAGES | 3,156,648. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | 2,044,958. |

---

| SCHEDULE L | OTHER ASSETS | | STATEMENT 9 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSITS | 87,680. | 63,596. |
| TOTAL TO SCHEDULE L, LINE 14 | 87,680. | 63,596. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 10 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CREDIT CARDS PAYABLE | 120,267. | 447,746. |
| LD PRINT PENSION LOANS | 25,000. | 0. |
| PENSION PLAN PAYABLE | 960,111. | 1,191,663. |
| TOTAL TO SCHEDULE L, LINE 18 | 1,105,378. | 1,639,409. |

---

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | -380,865. |
| NET INCOME PER BOOKS | 2,613,456. |
| DISTRIBUTIONS | -3,019,056. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -786,465. |

CURITEC LLC                                                            ███3000

---

```
SCHEDULE M-1          EXPENSES RECORDED ON BOOKS THIS YEAR      STATEMENT 12
                         NOT INCLUDED ON SCHEDULE K
```

---

| DESCRIPTION | AMOUNT |
|---|---|
| EXCISE TAX | 25,133. |
| PENALTIES | 696. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 25,829. |

---

```
SCHEDULE M-1          INCOME RECORDED ON BOOKS THIS YEAR        STATEMENT 13
                         NOT INCLUDED ON SCHEDULE K
```

---

| DESCRIPTION | AMOUNT |
|---|---|
| PPP LOAN FORGIVENESS | 232,055. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 232,055. |

---

```
SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT 14
```

---

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 25,829. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 25,829. |

CURITEC LLC ███████3000

---

FORM 4562         LISTED PROPERTY INFORMATION-MORE THAN 50%   STATEMENT 15

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y N | (P) > 5% OWNER? Y N | (Q) ANOTHER VEH. AVAILABLE? Y N | | |

| 2016 MERCEDES G55 | 08/10/19 | 100.00 | 105,143. | | 5 | 200DBHY | | |
| 2,400 | 1,800 | | 800 | X | X | X | | |
| 2020 AUDI Q7 | 08/10/20 | 100.00 | 101,276. | | 5 | 200DBMQ | | |
| 6,000 | 4,500 | | 1,500 | X | X | X | | |
| 1998 HAWKER 800XP | 11/30/20 | 100.00 | 1,325,000. | | 5 | 200DBMQ | | |
| | | | | X | X | X | | |
| 2022 FORD F-250 | 11/24/21 | 100.00 | 100,913. | | 5 | 200DBMQ | | |
| 500 | 375 | | 125 | X | X | X | | |
| 2021 LAMBORGHINI URUS | 12/03/21 | 100.00 | 357,526. | 339,326. | 5 | 200DBMQ | | |
| 500 | 375 | | 125 | X | X | X | | |
| 1998 HAWKER 800XP UPGRADED | 01/01/21 | 100.00 | 25,200. | | 5 | 200DBMQ | | |
| | | | | X | X | X | | |

TOTALS TO FORM 4562, PART V, LINE 26

CLIENT COPY

CURITEC LLC                                                                    ███████3000

---

FORM 8886           LIST OF PROMOTERS, SOLICITORS, OR ADVISERS        STATEMENT 16
                            OF THE REPORTABLE TRANSACTION

---

TRANSACTION NAME: SECTION 831(B) MICRO-CAPTIVE TRANSACTION

---

| NAME AND ADDRESS | IDENTIFYING NUMBER | FEES PAID |
|---|---|---|
| TEMPUS MANAGEMENT<br>7702 E DOUBLE TREE RANCH RD. STE 300<br>SCOTTSDALE, AZ  85258 | ████████ | |
| ALBRIGHT & ASSOCIATES, LTD.<br>1025 RIDGEVIEW DR., STE 300<br>RENO, NV  89519 | ████████ | |
| WEISZ & SANTAGATA, LLP<br>26487 RANCHO PKWY SOUTH<br>LAKE FOREST, CA  92630 | ████████ | |
| RIVELLE CONSULTING SERVICES<br>2430 VANDERBILT BEACH RD, STE 108-276<br>NAPLES, FL  34109 | ████████ | |
| GADSDEN INSURANCE COMPANY, LLC<br>7702 E DOUBLE TREE RANCH RD. STE 300<br>SCOTTSDALE, AZ  85258 | ████████ | |

CLIENT COPY

CURITEC LLC                                                                    ▮▮▮3000

---

FORM 8886                                                            STATEMENT 17

(A) GENERAL RULE - THE CAPTIVE WAS FORMED ON MARCH 30, 2022 TO INSURE RISKS OF
RELATED BUSINESSES. THE INSURED ENTITIES PAY PREMIUMS FOR PROPERTY AND
CASUALTY-TYPE COVERAGES. THE CAPTIVE WILL MAKE AN ELECTION PURSUANT TO IRC
SECTION 831(B) TO BE TAXED ON ITS TAXABLE INVESTMENT INCOME UNDER IRC SECTION
11(B) AND WILL FILE THE ELECTION WITH FORM 1120-PC. THE INSURANCE PREMIUMS
INCURRED BY THE INSURED PARTIES ARE DEDUCTED AS AN ORDINARY BUSINESS EXPENSE
PURSUANT TO IRC SECTION 162. THE PREMIUM WRITTEN FOR THE YEAR 2021 WAS
$586,438. THE CAPTIVE WAS ALSO A REINSURER TO GADSDEN INSURANCE COMPANY. THE
VARIOUS PARTICIPANTS/PARTIES TO THE TRANSACTION ARE LISTED ON THIS FORM 8886,
LINE 8.
(B) INFORMATION REQUIRED OF ALL PARTICIPANTS - PRIOR TO FORMING THE CAPTIVE,
THE OWNERS OF THE CAPTIVE MET WITH THEIR CAPTIVE MANAGER AND PROFESSIONAL
ADVISORS IN AN EFFORT TO ADDRESS THEIR VARIOUS RISK MANAGEMENT AND INSURANCE
NEEDS. PRIOR TO ENTERING INTO THE ARRANGEMENT, THE CAPTIVE'S INSURED HAD
STATISTICALLY INDEPENDENT RISKS FOR WHICH IT COULD NOT OBTAIN COMMERCIAL
MARKET COVERAGE AND FOR WHICH IT WAS SELF-INSURING. THE CAPTIVE ARRANGEMENT
PROVIDES INSURANCE TO THE INSURED TO COVER THESE RISKS, TO MEET RISK
MANAGEMENT CONCERNS, AND TO FACILITATE A COMPREHENSIVE RISK MANAGEMENT PROGRAM
FOR ITS INSURED. THE CAPTIVE HELPS TO INCREASE ACCOUNTABILITY AND TRANSPARENCY
OF ALL RISK MANAGEMENT AND INSURANCE RELATED OPERATIONS, AND FOSTERS AND
FACILITATES A MORE INSURED-FRIENDLY CLAIMS PROCESS THAN THE COMMERCIAL MARKET
TYPICALLY AFFORDS. THE TAXPAYERS INVOLVED WITH THE CAPTIVE DESIRED THAT THE
CAPTIVE BE FORMED FOR THESE REASONS AND FIRST BECAME AWARE OF THE NEED FOR A
CAPTIVE WHEN THEY REALIZED THEIR BUSINESS OPERAITONS HAD MATERIAL UNINSURED
AND UNDERINSURED RISKS.

CURITEC LLC ███████3000

FORM 8886          LIST OF INVOLVED ENTITIES AND INDIVIDUALS          STATEMENT 18

TRANSACTION NAME: SECTION 831(B) MICRO-CAPTIVE TRANSACTION

| NAME AND ADDRESS | | | | IDENTIFYING NUMBER |
|---|---|---|---|---|
| TYPE OF ENTITY: | TAX-EXEMPT | FOREIGN | RELATED | |

SERIES MONTGOMERY INSURANCE COMPANY
1313 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE  19801
DESCRIPTION OF HOW RELATED:
CAPTIVE INSURANCE COMPANY

RELATED: X    IDENTIFYING NUMBER: ███████

NICHOLAS PERCIVAL
██████████
DESCRIPTION OF HOW RELATED:
OWNER OF CAPTIVE INSURANCE COMPANY AND TAXPAYER

RELATED: X    IDENTIFYING NUMBER: ██████████

MARIA PERCIVAL
██████████
DESCRIPTION OF HOW RELATED:
OWNER OF CAPTIVE INSURANCE COMPANY AND TAXPAYER

RELATED: X    IDENTIFYING NUMBER: ███████

CLIENT COPY

STATEMENT(S) 18