**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| | ) | Chapter 11 |
| CURITEC, LLC[1] | ) ) | |
| | ) | Case No. 23-90108 (CML) |
| Debtor. | ) ) | |

**NOTICE OF HEARING**

On March 3, 2023, Curitec, LLC (the "Debtor") commenced the above-captioned chapter 11 case.

A Status Conference is set for **March 10, 2023 at 9:00 a.m. (prevailing Central Time)** (the "Hearing") before Judge Christopher M. Lopez in the United States Bankruptcy Court, Houston Division (the "Court").

**You may participate in the Hearing either in person or by an audio and video connection.** Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "Judge Lopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

For more information, please contact Samantha Hayes at Samantha.Hayes@dentons.com and/or (207) 553-8367.

*[Remainder of the page intentionally left blank]*

---

[1] The last four digits of the taxpayer identification number of Curitec, LLC are 3000. The principal office of Curitec, LLC is located at 24 Waterway Ave, Suite 755, The Woodlands, TX 77380.

22733924.v1

Dated: March 8, 2023

Respectfully submitted,

*/s/ Casey Doherty*
Casey Doherty
Dentons US LLP
1300 Post Oak Blvd.
Suite 701
Houston, TX 77056
Phone: (713) 658-4600
Email: casey.doherty@dentons.com

-and-

Samuel R. Maziel (*pro hac vice* forthcoming)
Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017
Phone: (213) 892-2910
Email: samuel.maziel@dentons.com

-and-

Sam J. Alberts (*pro hac vice* forthcoming)
David F. Cook (*pro hac vice* forthcoming)
Dentons US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 408-7004
Email: sam.alberts@dentons.com
        david.f.cook@dentons.com

-and-

Andrew C. Helman (*pro hac vice*)
Gina M. Young (*pro hac vice* forthcoming)
Dentons Bingham Greenebaum LLP
One Beacon Street
Suite 25300
Boston, MA 02108
Phone: (207) 619-0919
Email: andrew.helman@dentons.com
        gina.young@dentons.com

*Proposed Counsel to the Debtor*

2

22733924.v1