**Fill in this information to identify the case and this filing:**

Debtor Name: Curitec, LLC

United States Bankruptcy Court for the: Southern _____ District of Texas
(State)

Case number (*If known*): 23-90108

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/24/2023
MM / DD / YYYY

✘ _____
Signature of individual signing on behalf of debtor

Nicholas Percival
Printed name

Manager and Chief Operating Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| | ) | Chapter 11 |
| CURITEC, LLC[1] | ) ) | |
| | ) | Case No. 23-90108 (CML) |
| Debtor. | ) ) | |

**GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Curitec, LLC ("Curitec," or the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to § 521 of title 11 of chapter 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes (the "Global Notes") pertain to and comprise an integral part of the Debtor's Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with the Global Notes, the Global Notes shall control.

The Schedules and Statements have been prepared by the Debtor's management in consultation with the Debtor's bankruptcy professionals. Although the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in information contained in the Schedules and Statements, which may warrant amendment of the same.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

Although every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate.

---

[1] The last four digits of the taxpayer identification number of Curitec, LLC are 3000. The principal office of Curitec, LLC are located at 24 Waterway Ave, Suite 755, The Woodlands, TX 77380.

As with the preparation of any financial statements, preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts, including but not limited to amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates.

In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, assets presented in the Debtor's Schedules and Statements represent estimates for the lower of cost or net book values as of March 3, 2023. Market values may vary materially from values presented. The Debtor believes that it would be an inefficient use of estate resources for the Debtor to obtain estimates for current market values of property and individual assets. Accordingly, the Debtor has indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the economic value or ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

The Debtor reserves the right to assert that the fair market or other value of its assets and liabilities are other than set forth in the Schedules and Statements. Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims, or defenses to any claim reflected on its Schedules as to amount, liability, or classification or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." The Debtor further reserves the right to characterize any lease transaction on Schedule G as a financing transaction.

The Debtor has authority to pay certain outstanding prepetition claims pursuant to one or more orders the Bankruptcy Court. The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of such payments. The Debtor reserves all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

**Fill in this information to identify the case:**

Debtor name    **Curitec, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    23-90108 (CML)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................    $    **4,818,721.68**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................    $    **4,818,721.68**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **1,800,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **132,968.41**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$    **1,687,077.86**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b      $    **3,620,046.27**

**Fill in this information to identify the case:**

Debtor name    **Curitec, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    23-90108 (CML)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **City National Bank** | **Checking** | 5856 | **$1,109,984.71** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                        $1,109,984.71
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1. | **24 Waterway LLC - Security Deposit** | **$12,595.59** |
|---|---|---|
| 7.2. | **Liles Parker PLLC - Retainer** | **$9,901.00** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Curitec, LLC**_____    Case number *(If known)* _____ 23-90108 (CML)_____
          Name

          Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        | $22,496.59 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.        *** Please see attached Schedule A/B.10 for additional information on the Debtor's accounts
■ Yes Fill in the information below.        receivable and related estimates of value.  The Debtor reserves all rights as to valuation.

11.   **Accounts receivable ***

      11a. 90 days old or less:        **3,625,949.04**    -    **3,625,949.04**  = ....        **Unknown**
                                       face amount              doubtful or uncollectible accounts

      11b. Over 90 days old:           **3,996.00**        -    **3,996.00**  =....            **Unknown**
                                       face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                       | $0.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | **Valuation method used for current value** | **Current value of debtor's interest** |

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                              % of ownership

      15.1.  **Membership Interest Jaunt Jet LLC**_____    **100**  %  _____    **Unknown**

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                                       | $0.00 |
      Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Curitec, LLC**
Name

Case number *(If known)*    23-90108 (CML)

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office Furniture | $0.00 | Original Cost | $38,446.99 |
| 40. **Office fixtures** <br> Leasehold Improvements | $0.00 | Original Cost | $4,492.38 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $42,939.37 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

Debtor **Curitec, LLC**
Name

Case number *(If known)*   23-90108 (CML)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **https://curitec.com/** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List** | **Unknown** | | **Unknown** |
| **DOB** **Address** **MBI Medicare Number and/or Insurance Number** **Social Security Number** **Gender** | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
**Promissory Note from N. Percival dated 12/31/20 in the amount of $1,589,000. Matures March 01, 2051**

| | | | |
|---|---|---|---|
| **1,589,000.00** - | **0.00** = | | |
| Total face amount | doubtful or uncollectible amount | | |
| | | | **$1,589,000.00** |

Debtor **Curitec, LLC**

Name

Case number *(If known)* 23-90108 (CML)

| **Promissory Note from N. Percival dated 12/31/20 in the amount of $241,892. Matures March 01, 2051** | 241,892.00 | - | 0.00 | = | |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | $241,892.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Unknown and the Debtor will supplement as needed** — $0.00

    Nature of claim
    Amount requested — $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Please see Schedule A/B .10** — $1,812,409.01

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    | $3,643,301.01 |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Curitec, LLC**
_____
Name

Case number *(If known)* ___23-90108 (CML)___

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,109,984.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,496.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $42,939.37 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,643,301.01 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,818,721.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,818,721.68 |

Schedule A/B.10

Curitec, LLC

Schedule A/B Part 3: Accounts Receivable

Schedule A/B Part 11: All Other Assets

As of 3/3/23 [1]

| Accounts Receivable (AR) | | | | | |
|---|---|---|---|---|---|
| | | <= 90 days | >= 90 Days | Other | Total Amount |
| **AR** | | | | | |
| Medicare - billed payment held | [2] | $ 2,106,163 | $ - | $ - | $ 2,106,163 |
| Medicare - billed awaiting payment | [3] | 1,519,786 | 3,996 | - | 1,523,783 |
| Gross Total AR | | $ 3,625,949 | $ 3,996 | $ - | $ 3,629,946 |
| Less: Potentially Uncollectible | [5] | (3,625,949) | (3,996) | - | (3,629,946) |
| Net, Collectible AR [1a] | | $ - | $ - | $ - | $ - |

| Other Asset (Work In Process Billing) | | | | | |
|---|---|---|---|---|---|
| **Unbilled (WIP)** | | | | | |
| Medicare | [4] | $ - | $ - | $ 9,144,209 | $ 9,144,209 |
| Commercial Insurance | [4] | - | - | 1,812,409 | 1,812,409 |
| Deductible Holds | [4] | - | - | 660,032 | 660,032 |
| Gross Unbilled (WIP) | | $ - | $ - | $ 11,616,649 | $ 11,616,649 |
| Less: Potentially Uncollectible | [5] | - | - | (9,804,240) | (9,804,240) |
| Net, Collectible Unbilled (WIP) | | $ - | $ - | $ 1,812,409 | $ 1,812,409 |

[1] Amounts represent net book value.  Due to non-month end cutoff and other system related constaints amounts are estimated.  Debtor believes the amounts presented are reasonable and present materially amounts as of the petition date

[1a] Amounts excludes amounts owed from commercial insurance which the Debtor accounts for on a cash basis.  Debtor approximates that amounts owed from commerical insurance are 10% of amounts payable by Medicare

[2] Services provided, billed to Medicare.  Medicare has held payment

[3] Services identical to #2 provided, billed to Medicare.  Medicare has not commented on whether payment will be made or held

[4] Services provided but not yet billed

[5] Collection of all Medicare related claims (including those for services provided by not yet billed) are assumed at risk and contingent upon resolution of initial suspensions/setoffs that have given rise to this bankruptcy case.

**Fill in this information to identify the case:**

Debtor name  **Curitec, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  23-90108 (CML)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **RGH Enterprises**<br>Creditor's Name<br><br>**d/b/a Cardinal Health at-Home**<br>**1810 Summit Commerce Park**<br>**Twinsburg, OH 44087**<br>Creditor's mailing address<br><br>**pranav.kumar@cardinalhealth.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Intangible assets**<br><br><br><br>Describe the lien<br>**Security Interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,100,000.00** | **Unknown** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2** **RGH Enterprises**<br>Creditor's Name<br><br>**d/b/a Cardinal Health at-Home**<br>**1810 Summit Commerce Park**<br>**Twinsburg, OH 44087**<br>Creditor's mailing address<br><br>**pranav.kumar@cardinalhealth.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**Intangible assets**<br><br><br><br>Describe the lien<br>**Security Interests**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$700,000.00** | **Unknown** |

Debtor    **Curitec, LLC**
_____
Name

Case number (if known)   _____23-90108 (CML)_____

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,800,000.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Chiesa Shahinian & Giantomasi PC** **Scott A. Zuber, Esq.** **105 Eisenhower Parkway** **Roseland, NJ 07068** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name **Curitec, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) 23-90108 (CML)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alfred, Jenna**<br>**43 Stone Creek Pl**<br>**Spring, TX 77382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $769.23 | $769.23 |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Archer, Wendy**<br>**7691 Burnside Loop**<br>**Pensacola, FL 32526** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,115.39 | $2,115.39 |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

**2.3**

Priority creditor's name and mailing address
**Bailey, Amber**
**50 Stratford Road**
**Concord, VA 24538**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages/Benefits**

Is the claim subject to offset?
■ No
☐ Yes

$1,634.62     $1,634.62

---

**2.4**

Priority creditor's name and mailing address
**Bentley, Allison**
**1000 Windsor Place Circle**
**Grayson, GA 30017**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages/Benefits**

Is the claim subject to offset?
■ No
☐ Yes

$1,634.62     $1,634.62

---

**2.5**

Priority creditor's name and mailing address
**Blevins, Janaya**
**10 Rosemont Dr**
**Little Rock, AR 72204**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages/Benefits**

Is the claim subject to offset?
■ No
☐ Yes

$1,250.00     $1,250.00

---

**2.6**

Priority creditor's name and mailing address
**Boehnert, Mandy**
**900 Andrews Way**
**South Windsor, CT 06074**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages/Benefits**

Is the claim subject to offset?
■ No
☐ Yes

$1,826.93     $1,826.93

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.54 | $461.54 |
|---|---|---|---|---|
| | **Bordovsky, Kim**<br>**906 Gazania Hill**<br>**San Antonio, TX 78260** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $2,307.69 |
|---|---|---|---|---|
| | **Braunstein, Michael**<br>**4287 Palo Verde Drive**<br>**Boynton Beach, FL 33436** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,557.69 | $1,557.69 |
|---|---|---|---|---|
| | **Bruno, Amanda**<br>**1721 McGarity Rd.**<br>**Temple, GA 30179** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |
|---|---|---|---|---|
| | **Callahan, Becky**<br>**2413 Abigail Lane**<br>**Mabank, TX 75147** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|

Name

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.23 | $2,019.23

**Chapman, Cami**
**3640 n 950 w**
**Ogden, UT 84414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,211.54 | $2,211.54

**Covarrubio, Lisa**
**20463 Clyde Drive**
**New Caney, TX 77357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62

**Cox, Teresa**
**3733 W Morning Mist Dr**
**Fayetteville, AR 72704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00

**DeLance, Devyn**
**11708 Big Holly Ln**
**Conroe, TX 77385**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Curitec, LLC** | | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.16 | $1,846.16 |
|---|---|---|---|---|

**Diaz, Adrian**
**1105 Leland Drive**
**Matthews, NC 28104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $807.69 | $807.69 |
|---|---|---|---|---|

**Diaz, Kelly**
**311 S 9th Street**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.39 | $2,115.39 |
|---|---|---|---|---|

**Dinich, Denise**
**216 Countryside Lane**
**Mount Laurel, NJ 08054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.16 | $1,346.16 |
|---|---|---|---|---|

**Downing, Maureen**
**1535 S Cedar St**
**Ottawa, KS 66067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.00 | $880.00 |
|---|---|---|---|---|

**Elmore, April**
**16347 Many Trees Lane**
**Conroe, TX 77302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.16 | $1,346.16 |
|---|---|---|---|---|

**Espinoza, Vicky**
**3102 Cypress drive**
**Donna, TX 78537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62 |
|---|---|---|---|---|

**Fernandez, Samantha**
**2406 Carriage Lamp Lane**
**Conroe, TX 77384**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**Flowers, Kenzi**
**1102 Northchase Ct**
**Conroe, TX 77301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address
**Forrey, Kristin**
**4724 Highway 72**
**New Plymouth, ID 83655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,423.08 | $1,423.08

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address
**Gaines, Tammy**
**1127 County road 120**
**Blue Springs, MS 38828**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,442.31 | $1,442.31

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address
**Galli, Melinda**
**76 Lackawanna Ave**
**Kingston, PA 18704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,730.77 | $1,730.77

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**Garcia, Jessica**
**11201 Boudreaux Rd**
**Apt 911**
**Tomball, TX 77375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$720.00 | $720.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.93 | $1,826.93 |
|---|---|---|---|---|
| | **Gares, Jack**<br>**681 W Racine Loop**<br>**Casa Grande, AZ 85122** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.93 | $1,826.93 |
|---|---|---|---|---|
| | **Gerlach, Mark**<br>**4861 E Q st**<br>**Tacoma, WA 98404** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62 |
|---|---|---|---|---|
| | **Gonzalez, Jessica**<br>**5261 sw 163 ct**<br>**Miami, FL 33185** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,288.46 | $5,288.46 |
|---|---|---|---|---|
| | **Grandas, Bobby**<br>**30 N Longspur Dr.**<br>**Spring, TX 77380** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,298.08 | $1,298.08 |
|---|---|---|---|---|

**Griggs, Paula**
**681 County road 190**
**Houston, MS 38851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | $1,730.77 |
|---|---|---|---|---|

**Hanaway, Jaclyn**
**559 Wind Energy Pass**
**Batavia, IL 60510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62 |
|---|---|---|---|---|

**Hansen, Christy**
**6426 Jerry Lynn Ln**
**Pensacola, FL 32526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,365.39 | $3,365.39 |
|---|---|---|---|---|

**Harmon, Brian**
**228 Clementine Ct**
**Montgomery, TX 77316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62 |
|---|---|---|---|---|

**Hexter, Monica**
**3237 Memorial Blvd**
**Apt 10-304**
**Murfreesboro, TN 37129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|

**Hopkins, Mark**
**900 Saint Louis Ave**
**apt 3101**
**Fort Worth, TX 76104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | $1,730.77 |
|---|---|---|---|---|

**Justiniano, Ruby**
**2678 Howland Blvd**
**Deltona, FL 32738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,788.46 | $1,788.46 |
|---|---|---|---|---|

**Lamb, Katy**
**224 Bonnie Brae**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address
**Lambert, Bonnie**
**10415 N Strahorn RD**
**Hayden, ID 83835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,596.16          $2,596.16

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Leibowitz, Scott**
**520 Oldwoods Rd**
**Wyckoff, NJ 07481**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,269.23          $1,269.23

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**Lewczuk, Paulina**
**5840 42nd Ave N**
**Saint Petersburg, FL 33709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,346.16          $1,346.16

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**Lindsay, Christine**
**1225 Lawrence Road #718**
**Kemah, TX 77565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,730.77          $1,730.77

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.31 | $1,442.31 |
|---|---|---|---|---|

**Martin, Alex**
**220 Granada Ave**
**Apt. 9**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address |
|---|---|

**McNally, Nancy**
**7618 Cherokee Spring Way**
**Knoxville, TN 37919**

As of the petition filing date, the claim is: $2,884.62   $2,884.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.45 | Priority creditor's name and mailing address |
|---|---|

**Medina, Christine**
**17757 Arminta Street**
**Reseda, CA 91335**

As of the petition filing date, the claim is: $1,538.46   $1,538.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.46 | Priority creditor's name and mailing address |
|---|---|

**Monteleon, Yvette**
**111 Soho Circle**
**Lafayette, LA 70508**

As of the petition filing date, the claim is: $3,365.39   $3,365.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

**2.47**

Priority creditor's name and mailing address
**Moore, Heather**
**115 Waterside Drive**
**Beaver Falls, PA 15010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,038.47   $1,038.47

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48**

Priority creditor's name and mailing address
**Neal, Shelley**
**5511 Claymore Meadow Ln**
**Spring, TX 77389**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$760.00   $760.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49**

Priority creditor's name and mailing address
**Ngindi, Melissa**
**23882 Dorrington Estates Lane**
**Conroe, TX 77385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$684.00   $684.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50**

Priority creditor's name and mailing address
**Orlando, Brittany**
**217 S Jefferson Ave**
**Canonsburg, PA 15317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,730.77   $1,730.77

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Curitec, LLC**                                          Case number (if known)        23-90108 (CML)
          Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |
|---|---|---|---|---|

**Pancake, Cynthia**
**311 S 9th Street**
**Petersburg, IN 47567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,596.16 | $1,596.16 |
|---|---|---|---|---|

**Parker, Nicole**
**330 Lazy Bar S Rd**
**Somerville, TX 77879**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,346.16 | $6,346.16 |
|---|---|---|---|---|

**Percival, Maria**
**75 Northgate Dr**
**Spring, TX 77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,346.16 | $6,346.16 |
|---|---|---|---|---|

**Percival, Nick**
**75 Northgate Dr**
**Spring, TX 77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |

**Robnett, Abby**
**3802 County Street 2780**
**Ninnekah, OK 73067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | | $1,538.46 | $1,538.46 |

**Rodman, Jill**
**415 Manchester Pl**
**Bristol, TN 37620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | | $1,634.62 | $1,634.62 |

**Rodriguez, Carlos**
**1280 west 46th street**
**apt 903**
**Hialeah, FL 33012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | | $461.54 | $461.54 |

**Roth, Michal**
**10216 Regal Drive unit 309**
**Largo, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Curitec, LLC | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.16 | $1,346.16 |
|---|---|---|---|---|

**Scheznayder, Raven**
**9109 East Old Spanish Trail**
**Jeanerette, LA 70544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.60 Priority creditor's name and mailing address

**Schwab, jordan**
**27900 SE Bartlemay Rd**
**Eagle Creek, OR 97022**

As of the petition filing date, the claim is:   $1,923.08   $1,923.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.61 Priority creditor's name and mailing address

**Serame, Chaz**
**33103 134th Ave SE**
**Auburn, WA 98092**

As of the petition filing date, the claim is:   $2,846.16   $2,846.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.62 Priority creditor's name and mailing address

**Stevens, Tamis**
**2188 Richerson Rd**
**Denison, TX 75021**

As of the petition filing date, the claim is:   $1,346.16   $1,346.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Curitec, LLC** | | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|---|
| | Name | | | |

---

**2.63**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.93 | $3,076.93 |
|---|---|---|---|
| **Swain, Jenny**<br>**233 Terrace Bluff Lane**<br>**Aledo, TX 76008** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.64**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.69 | $1,057.69 |
|---|---|---|---|
| **Sweikhart, Ashley**<br>**9510 Ashwood Dr**<br>**Mobile, AL 36695** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.65**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|
| **Tate, Terry**<br>**31357 Pine Run Drive**<br>**Orange Beach, AL 36561** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.66**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|
| **Thuma, Kelly**<br>**1710 Briarwood Terrace**<br>**Springfield, OH 45504** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Curitec, LLC | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,288.46 | $5,288.46 |
|---|---|---|---|---|

**Vaughn, Misty**
**133 Circle Slope Dr**
**Simpsonville, SC 29681**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.16 | $2,596.16 |
|---|---|---|---|---|

**Watson, Amy**
**5700 Tully Court**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | $1,730.77 |
|---|---|---|---|---|

**Weppler, Stephanie**
**2004 N 12th St**
**Coeur D Alene, ID 83814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | $1,730.77 |
|---|---|---|---|---|

**Wieland, Mike**
**94 Heathermere Dr**
**Galena, OH 43021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Curitec, LLC** | | Case number *(if known)* | 23-90108 (CML) |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**Williams, Kaylena**
**1303 Gears Rd**
**APT 1319**
**Houston, TX 77067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $1,673.32 |
|---|---|---|---|

**24 Waterway LLC**
**24 Waterway Ave, STE 225**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $924.11 |
|---|---|---|---|

**Ability Network, Inc.**
**PO Box 856015**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $376,456.90 |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | Unknown |
|---|---|---|---|

**Centers for Medicare & Medicaid Services**
**7500 Security Blvd**
**Windsor Mill, MD 21244**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $43,800.00 |
|---|---|---|---|

**Century Rehabilitation of Texas LLC**
**4703 Bluebonnet Blvd.**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Curitec, LLC | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Curitec LLC Defined Benefit Pension Plan**
**c/o Nicholas Percival**
**24 Waterway Ave, STE 755**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Pension Obligation_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,067.00**

**Definitive Healthcare**
**492 Old Connecticut Path, Suite 401**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Eide Bailly LLP**
**4310 17th Ave. S.**
**Fargo, ND 58108-2545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Enterprise Fleet Management**
**PO Box 800089**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,927.03**

**Humana**
**PO Box 931655**
**Atlanta, GA 31193-1655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.74**

**Idaho State Tax Commission**
**11321 W. Chinden Blvd**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$334.66**

**Integranet Health**
**2900 N. Loop W. Ste 700**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,484.20**

**Liles Parker PLLC**
**2121 Wisconsin Avenue NW**
**Suite 200**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$988,000.00**

**Mary Jane Percival**
**223 Arabian Drive**
**Spring, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,677.75**

**Medline**
**Department 1080 PO Box 121080**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,884.62**

**Michigan  Medicaid**
**22 Center St**
**Ypsilanti, MI 48198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Nethealth**
**40 24th Street, 1st Floor**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278.00**

**Pure Speed Lightwave Inc.**
**PO Box 650823**
**Dallas, TX 75265-0823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,200.00**

**RSG Specialty**
**1100 Walnut St. Ste 3200**
**Kansas City, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Curitec, LLC** | Case number (if known) | 23-90108 (CML) |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,817.92**

**Salesforce**
**415 Mission St 3rd Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Taylor Graphics**
**1582 Browning**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**United Wound Healing**
**PO Box 24081**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,804.02**

**UnitedHealthcare**
**PO Box 101760**
**Atlanta, GA 30392-1760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,777.59**

**Wex**
**PO Box 4337**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 132,968.41 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,687,077.86 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,820,046.27 |

**Fill in this information to identify the case:**

Debtor name    **Curitec, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)    23-90108 (CML)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Office Lease**<br><br>State the term remaining — **3 years**<br><br>List the contract number of any government contract | **24 Waterway LLC**<br>**24 Waterway Ave, STE 225**<br>**Spring, TX 77380** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **Software License**<br><br>State the term remaining — **5/31/2024**<br><br>List the contract number of any government contract | **Big Tin Can**<br>**260 Charles Street – Suite 101**<br>**Waltham, MA 02453** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest — **Software License**<br><br>State the term remaining — **3 years**<br><br>List the contract number of any government contract | **Definitive Healthcare**<br>**492 Old Connecticut Path, Suite 401**<br>**Framingham, MA 01701** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest — **Auto Leases - 3 Kia Optimas**<br><br>State the term remaining — **October 2023**<br><br>List the contract number of any government contract | **Enterprise Fleet Management**<br>**PO Box 800089**<br>**Kansas City, MO 64180** |

| Debtor 1 | **Curitec, LLC** | | Case number *(if known)* | 23-90108 (CML) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Supply Drop and Shipping** | |
|---|---|---|---|
| | State the term remaining | **1 year** | |
| | List the contract number of any government contract | | **Medline Industries LP**<br>**Three Lakes Drive**<br>**Winnetka, IL 60093** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **HME Direct Program Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medline Industries LP**<br>**Three Lakes Drive**<br>**Winnetka, IL 60093** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | |
|---|---|---|---|
| | State the term remaining | **Various** | |
| | List the contract number of any government contract | | **Nethealth**<br>**40 24th Street, 1st Floor**<br>**Pittsburgh, PA 15222** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Cardinal Health At-Home Primary Purchase and Services Agreement/Medical Supply Drop and Shipping** | |
|---|---|---|---|
| | State the term remaining | **3.5 years** | |
| | List the contract number of any government contract | | **RGH Enterprises**<br>**d/b/a Cardinal Health at-Home**<br>**1810 Summit Commerce Park**<br>**Twinsburg, OH 44087** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | |
|---|---|---|---|
| | State the term remaining | **Various** | |
| | List the contract number of any government contract | | **Salesforce.com Inc.**<br>**415 Mission Street 3rd FL**<br>**San Francisco, CA 94105** |

Debtor 1   **Curitec, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   23-90108 (CML)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | |
|---|---|---|---|
| | State the term remaining | **1 year terms** | |
| | List the contract number of any government contract | | **United Wound Healing** **PO Box 24081** **Seattle, WA 98124** |

**Fill in this information to identify the case:**

Debtor name: **Curitec, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 23-90108 (CML)

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Percival, Maria** | **75 Northgate Dr**<br>**Spring, TX 77380** | **American Express** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.2 | **Percival, Nick** | **75 Northgate Dr**<br>**Spring, TX 77380** | **American Express** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |