Electronic Appearance Sheet

Andrew Jimenez, U.S. Department of Justice
Client(s): United States Trustee